UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FLORENCE L. LAPIERRE-MCAFEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cv-00389-JAW |
| | ) | |
| GOSSAMER DESIGNS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

On July 27, 2016, Florence L. LaPierre-McAfee filed a complaint against Gossamer Designs, LLC (Gossamer), alleging patent infringement. *Compl.* (ECF No. 1). On November 8, 2016, Gossamer Designs, LLC waived service of the summons. *Waiver of the Serv. of Summons* (ECF No. 9). On December 5, 2016, Gossamer filed a motion to dismiss or in the alternative a motion to transfer. *Def.'s Mot. to Dismiss or in the Alternative to Transfer* (ECF No. 14). Ms. LaPierre-McAfee's response was due by December 27, 2016. D. ME. LOC. R. 7(b). None has been filed.

District of Maine Local Rule 7(b) provides:

> Unless within 21 days after the filing of a motion the opposing party files written objection thereto, incorporating a memorandum of law, the opposing party shall be deemed to have waived objection.

*Id.* Accordingly, Florence L. LaPierre-McAfee is deemed to have waived objection to the pending motion to dismiss.

The Court DISMISSES Florence L. LaPierre-McAfee's Complaint (ECF No. 1) without prejudice.

SO ORDERED.

                                              <u>/s/ John A. Woodcock, Jr.</u>
                                              JOHN A. WOODCOCK, JR.
                                              UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2017